Name: Dalana Dee Dixon
Mailing address: PO Box 60564, Fairbanks, Alaska 99706
Telephone: 907 750 9643 est Oct 8, 2008 $10,000 Investments Working System Deposit Bill Business practice AT&T.com BlackBerry.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Dalana Dee Dixon
(Full name of plaintiff in this action)
Plaintiff,

vs.

United States of America We The People In God We Trust
(Full names of ALL defendant(s) in this action. Do NOT use et al.)
Defendant(s).

Case No. 11-09-01
(To be supplied by the Court)

PRO SE COMPLAINT

for/under

_____
(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

_____

_____

PS22

**B. Parties**

1. The Plaintiff is <u>Dalana Dee Dixon</u>, who presently
   (Print Name)
resides at <u>Proud USA Alaska Walmart Parking Lot.</u>
              (Address)
<u>Persecuted for My Trust In God</u>

2. <u>Defendants:</u>

Defendant No. 1 <u>United States of America We</u>, is a
                        (Name)
citizen of <u>The People  In God We Trust</u>, who works as a
                        (City/State)
_____ for _____.
(Job Title, if applicable)         (Employer/agency, if applicable)

Defendant No. 2, _____, is a
                                (Name)
citizen of _____, who works as a
                        (City/State)
_____ for _____.
(Job Title, if applicable)         (Employer/agency, if applicable)

Defendant No. 3, _____, is a
                                (Name)
citizen of _____, who works as a
                        (City/State)
_____ for _____.
(Job Title, if applicable)         (Employer/agency, if applicable)
                        (City and State)

Defendant No. 4, _____, is a
                                (Name)
citizen of _____, who works as a
                        (City/State)
_____ for _____.
(Job Title, if applicable)         (Employer/agency, if applicable)

Defendant No. 5, _____, is a
                                (Name)
citizen of _____, who works as a
                        (City/State)
_____ for _____.
(Job Title, if applicable)         (Employer/agency, if applicable)

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim. State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to support each claim for relief.)

Claim 1: On or about 11-09-01 (Date or Period of Time) Nobel Arn's, Corpus Crime Event To Date (Supporting facts) Said The LORD. God Christ. And Thus Said The LORD And the Holy Ghost. AMEN.

Alaska State and government committing hate crimes on my poor helpless precious Livingston L Oct 30 2001 at Valdez Medical Clinic. Premeditated Murder In the First Degree Said the Spirit of God Jehovah God Said the LORD. And Thus Said the LORD And the Holy Ghost. AMEN.

Proud Evil Wicked USA America, American. God is not Mocked. Praise God Christ Jesus. AMEN.
Blessed is Abraham king of the Most High God.
Blessed is Melchisedec King of the Most High God.
Blessed is the LORD God of ISRAEL from Everlasting Unto Everlasting. AMEN. And AMEN.

**Claim 2:** On or about <u>State of Alaska Health and Human Services has stolen my Personal Sacred Identification and my Surgery Medical Care and Treatments and are committing Welfare Fraud Abuse and neglect and not keeping my Medical Records Together with my Physical broken bones and body condition and are using my SSI for yrservices or making Merchandyze of me and my poor helpless beloved livin animals and I about to die keeping those things Alive wich are about to die Concerning the Fourth Truth and life because the things Concerning me in this World have an END. SAID GOD OF ISRAEL. GOD IS NOT MOCKED. Proud wicked USA Alaska, America. AMEN. Sincerly In Christ Jesus Name.</u>

<u>Valana Dee Dyer</u>

Claim 3: On or about _____, _____
                                   (Date or Period of Time)                    (Supporting facts)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5           COMPLAINT

Case 4:18-cv-00011-SLG   Document 1   Filed 03/14/18   Page 5 of 6

## D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ _____

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _____

_____

_____

4. A declaration that_____

_____

_____

5. Other:_____

_____

_____

Plaintiff demands a trial by_____Jury_____Court.  (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

  The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

x_____
**Plaintiff's Original Signature**

_____
(Plaintiff's Full Name)

Executed at_____on _____
       (Location)            (Date)